IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ROBIN RUDY-PALOS,<br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | Case No. 4:16-cv-04081-JEH |

### Order

The Court has reviewed the Plaintiff's Motion for EAJA Fees (Doc. 23) to which the Defendant has no opposition. The Court therefore GRANTS the Motion and awards the Plaintiff, Robin Rudy-Palos, $3,123.75 (three thousand one hundred twenty three dollars and seventy five cents) for attorney fees and $0 (zero dollars) for costs in full satisfaction of any and all claims the Plaintiff may have under the Equal Access to Justice Act, 28 U.S.C. § 2412. The award fully and completely satisfies any and all claims for attorney fees, expenses, and costs that may be payable to the Plaintiff in this matter under the EAJA.

Any fees paid belong to the Plaintiff and not her attorney. The fees can be offset to satisfy any pre-existing debt that the Plaintiff owes the United States. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). If the Defendant can verify that the Plaintiff does not owe pre-existing debt to the government subject to offset, the Defendant will direct payment of the award to the Plaintiff's attorney pursuant to any EAJA assignment that was previously executed between the Plaintiff and her attorney.

*It is so ordered.*

Entered on November 14, 2017.

                s/Jonathan E. Hawley
                U.S. MAGISTRATE JUDGE